UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV - 4 2019
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| ANTHONY CHAMBERSEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.1:19-cv-02792 (UNA) |
| ) | |
| STATE OF FLORIDA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This matter is before the court on its initial review of petitioner's *pro se* "complaint" ("Compl.") and application for leave to proceed *in forma pauperis*. Petitioner is a Florida state prisoner designated to Franklin Correctional Institution, located in Carrabelle, FL. Compl. at caption. Per his own admission, he was convicted in state court. *Id.* at 5.

Petitioner refers to his complaint as a "petition for writ of habeas corpus[,]" *id.* at 24, 26, and challenges his conviction, seeking immediate release, *id.* at 25. Federal court review of state convictions is available under 28 U.S.C. § 2254 only after the exhaustion of available state remedies. 28 U.S.C. § 2254(b)(1). Thereafter, "an application for a writ of habeas corpus [ ] made by a person in custody under the judgment and sentence of a State court . . . may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Therefore, this court lacks jurisdiction over petitioner's § 2254 habeas "complaint."

1

For the foregoing reasons, this action will be dismissed. A separate order accompanies this memorandum opinion.

/s/ Christopher R. Cooper
CHRISTOPHER R. COOPER
United States District Judge

Date: October 25, 2019